**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**2950 Mariposa Street, Suite 120**
**Fresno, California 93721**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant PRISCILLA PITTS,

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:24-CR-00055-JLT-SKO |
| Plaintiff, | **ORDER re REQUEST FOR RULE 43 WAIVER OF APPEARANCE;** |
| vs. | |
| PRISCILLA PITTS, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43, PRISCILLA PITTS, having been advised of her right to be personally present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, Melissa Baloian, the same as if Defendant were personally present, and requests this Court allow her attorney to represent her interests at all times. Defendant further agrees that notice to Defendant's attorney that the Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

Dated: April 9, 2024                              Respectfully Submitted,


                                                  */s/ Priscilla Pitts*
                                                  **PRISCILLA PITTS**
                                                  Defendant


Dated: April 9, 2024                              Respectfully Submitted,


                                                  */s/ Melissa Baloian*
                                                  **MELISSA BALOIAN**
                                                  Attorney for Defendant


## ORDER

Good Cause appearing, IT IS HEREBY ORDERED that Defendant's appearance may be waived at court appearances permitted by Rule 43 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated:   **April 10, 2024**                       */s/ Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE