1  PHILLIP A. TALBERT
   United States Attorney
2  ANTONIO J. PATACA
   JUSTIN GILIO
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8

9                    IN THE UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,            CASE NO. 1:24-CR-00055-JLT-SKO

13                 Plaintiff,             STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL ACT;
            v.                            FINDINGS AND ORDER
14
    PRISCILLA PITTS,
15                 Defendant.

16

17

18                              **STIPULATION**

19      1.      By previous order, this matter was set for status on January 15, 2025.

20      2.      By this stipulation, defendant now moves to vacate the status conference as to her only

21  and set a change of plea hearing on October 28, 2024. Time has already been excluded through and

22  including January 15, 2025, under Local Code T4.

23      3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

24  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

25  must commence.

26          IT IS SO STIPULATED.

27

28

                                              1

Dated: October 9, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: October 9, 2024

/s/ MELISSA BALOIAN
MELISSA BALOIAN
Counsel for Defendant
PRISCILLA PITTS

**ORDER**

IT IS SO ORDERED.

Dated: **October 10, 2024**

UNITED STATES DISTRICT JUDGE