MELISSA B. BALOIAN, SBN 232602
Attorney at Law
2950 Mariposa Street, Ste. 120
Fresno, CA, 93721
(559)352-2331
Mbaloian.law@gmail.com

Attorney for Defendant Priscilla Pitts

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PRISCILLA PITTS,<br><br>    Defendant. | No. 1:24-CR-00055-JLT-SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MELISSA BALOIAN AS ATTORNEY OF RECORD AND ORDER** |

      On March 15, 2024, Defendant Priscilla Pitts was arrested on federal charges. CJA Panel Attorney Melissa Baloian was appointed as trial counsel to represent Ms. Pitts on March 15, 2024. Ms. Pitts was sentenced pursuant to a plea agreement on February 3, 2025. The time for filing a direct appeal was February 17, 2025. No direct appeal was filed. Ms. Pitts was in custody at the sentencing. The trial phase of Ms. Pitts' criminal case has, therefore, come to an end. Having completed her representation of Ms. Pitts, CJA attorney Melissa Baloian now moves to terminate her appointment under the Criminal Justice Act.

      Should Ms. Pitts require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

Dated: April 1, 2025                              Respectfully submitted,

                                              /s/ Melissa Baloian
                                              Melissa Baloian,
                                              Attorney for Priscilla Pitts

**ORDER**

Having reviewed the notice and found that attorney Melissa Baloian has completed the services for which she was appointed, the Court hereby grants attorney Melissa Baloian's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Pitts at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Priscilla Pitts
Reg. No. 03870-511
MDC Los Angeles
Metropolitan Detention Center
PO Box 531500
Los Angeles, CA 90053

IT IS SO ORDERED.

Dated: **April 2, 2025**                              UNITED STATES DISTRICT JUDGE